## Abbie Daniels, Appellee, v. Chicago Transit Authority, Appellant.

**Gen. No. 46,383.**

First District, First Division.

December 13, 1954.

Released for publication March 7, 1955.

Thomas C. Strachan, Jr., James O. Dwight, Harry I. Parsons, Arthur J. Donovan, and John W. Freels, for appellant; Cummings & Wyman, Henry F. Valley, and Theodore L. Forsberg, for appellee. Opinion by JUSTICE FRIEND. **Not to be published in full.**